FILED
CLERK, U.S. DISTRICT COURT
OCT 26 2017
CENTRAL DISTRICT OF CALIFORNIA
BY             DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: CR 07-350-MWF |
| Plaintiff, ) | |
| vs. ) | ORDER OF DETENTION AFTER HEARING |
| RICHARD GREGORY ARGUIJO ) | [Fed.R.Crim.P. 32.1(a)(6); 18 U.S.C. 3143(a)] |
| Defendant. ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ~~Central~~ D.␣., CA for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. ( ) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _____

and/or

B.      [X] The defendant has not met his/her burden of establishing by
clear and convincing evidence that he/she is not likely to pose
a danger to the safety of any other person or the community if
released under 18 U.S.C. § 3142(b) or (c). This finding is based
on: allegations of multiple positive drug tests while
on release, coupled w/ nature of original offense +
prior. No known bail resources.

     IT THEREFORE IS ORDERED that the defendant be detained pending
the further revocation proceedings.

Dated:      10/26/17

                                         _____
                                         UNITES STATES MAGISTRATE JUDGE
                                                 PAUL L. ABRAMS

2