

FILED
CLERK, U.S. DISTRICT COURT

DEC 2 1 2023

CENTRAL DISTRICT OF CALIFORNIA
BY _____ NNL DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD GREGORY ARGUIJO,<br><br>Defendant. | Case No.   2:07-CR-00350-MWF-1<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 31.1(a)(6);<br>18 U.S.C. § 3143(a)(1)] |

## I.

On December 21, 2023, Defendant Richard Gregory Arguijo ("Defendant") appeared before the Court for initial appearance on the petition and warrant for revocation of supervised release issued in this matter, Case No. 2:07-CR-00350-MWF-1. The Court appointed Jake Crammer of the Federal Public Defender's Office to represent Defendant.

///

///

## II.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release, the Court finds that:

A.  ☒  Defendant submitted to the Government's Request for Detention;

B.  ☒  Defendant has not carried his burden of establishing by clear and convincing evidence that he will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)].  This finding is based on:

- Nature of instant allegations;
- Absconding status;
- History of violations of supervised release conditions and revocations;
- Unknown bail resources;
- History of alcohol use;
- Substance use history.

D.  ☒  Defendant has not carried his burden of establishing by clear and convincing evidence that he will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)].  This finding is based on:

- Substance use history;
- History of alcohol use;
- Nature of instant allegations;
- Absconding status.

///
///
///

III.

In reaching this decision, the Court considered: (a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device; (b) the weight of evidence against the defendant; (c) the history and characteristics of the defendant; and (d) the nature and seriousness of the danger to any person or the community. [18 U.S.C. § 3142(g).] The Court also considered the report and recommendation of the U.S. Pretrial Services Agency.

IV.

IT IS THEREFORE ORDERED that Defendant be detained pending further proceedings.

Dated: December 21, 2023

_____
MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE

3